**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Morgan Luther EVANS, Defendant-Appellant.**

**No. 16-13218
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(April 12, 2017)

David Charles Waterman, Arthur Lee Bentley, III, Christopher Francis Murray, U.S. Attorney's Office, TAMPA, FL, for Plaintiff-Appellee

Before JULIE CARNES, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Serbo C. Simeoni, appointed counsel for Morgan Evans in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Evans's conviction and sentence are **AFFIRMED**.